VARIOUS CH.13s

---

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611

**0637139**

March 8, 2011

PAY Exactly One Hundred Seventy Eight And 93/100 Dollars

$********178.93

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0637139⑈ ⑆061100790⑆ 8800517495⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228300    -- JN
* * C O P Y * *
March 10, 2011
15:21:10

3/10/11
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: SEE ATTACHED

TREASURY REGFUND
Debtor.: VARIOUS 13'S
Amount.:          $178.93 CH
Check#.: 637139

Total-> $178.93

FROM: SJ BEAULIEU

The attached deposits presents for delivery represent funds deposited in the registry of the court.

Registry Check #637139

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-10107 | LEWIS, VICTORIA<br>PO BOX 2988<br>HARVEY LA 70059 | 7.90 | CASH AMERICA<br>CORPORATE OFFICE<br>100 EAST THIRD ST<br>DAYTON OH 45402 |
| 05-10107 | LEWIS, VICTORIA<br>PO BOX 2988<br>HARVEY LA 70059 | 6.90 | CASH 2 U PAYDAY LOANS<br>STE 12<br>1705 HWY 59<br>MANDEVILLE LA 70448 |
| 07-10628 | PORTER, MARJORIE<br>2700 SONIAT ST<br>NEW ORLEANS LA 70115 | 9.64 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 07-11749 | CELISTAN, STERLING<br>4700 CORONADO DR<br>NEW ORLEANS LA 70127 | 69.24 | (debtor) |
| 08-10083 | JOHNSON SR, KEVIN<br>483 SUGAR LAND ST<br>HOUMA LA 70364 | 69.47 | (debtor) |
| 08-11241 | THOMAS, GENEVA<br>4048 S WOODBINE ST<br>HARVEY LA 70058 | 15.78 | (debtor) |
| | | $178.93 | |